UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20615-CR-MORENO/SIMONTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LIVAN ESTEBAN-RIOS,

    Defendant.
_____/

## ORDER ON UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND

This Cause is before this Court on the Unopposed Motion to Modify Conditions of Bond filed by the Defendant. After reviewing the motion and the file in this cause, it is **ORDERED AND ADJUDGED** as follows:

The Unopposed Motion to Modify Conditions of Bond is **GRANTED.** The reporting requirement imposed in this cause is hereby MODIFIED to once a week in person and three times per week via telephone. **All other terms and conditions of the bond previously imposed in this case shall remain in full force and effect.**

**DONE AND ORDERED** this \_\_19\_\_ day of October, 2006.

ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE

cc:  Honorable Federico A. Moreno
     William Athas, AUSA
     Michael Metz, Esq.
        One Financial Plaza
        Suite 2612
        Fort Lauderdale, FL 33394
     Pretrial Services